TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff*
*Gary Quinones*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Quinones,<br><br>Plaintiff,<br><br>vs.<br><br>I.C. System Incorporated,<br><br>Defendant. | Case No.:   CV-16-04002-PHX-DJH<br><br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Gary Quinones, and Defendant, I.C. System Incorporated, have reached a settlement of all claims and intend to file a Stipulation of Dismissal with prejudice within sixty (60) days.

1
2
3   DATED: May 3, 2018
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENT LAW OFFICES


By:   */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Gary Quinones