# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Quinones,<br><br>    Plaintiff,<br><br>v.<br><br>IC System Incorporated,<br><br>    Defendant. | No. CV-16-04002-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice as to Defendant I.C. System, Inc. (Doc. 51), filed on July 26, 2018,

IT IS ORDERED approving the Stipulation (Doc. 51) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

**Dated** this 27th day of July, 2018.

Honorable Diane J. Humetewa
United States District Judge